| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Korle Bu Medical Group, Ltd. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>84-1633320 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>5517 S. Michigan Avenue<br>Chicago, IL 60637-1012     ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>              Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>-----------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Korle Bu Medical Group, Ltd. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: None | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Korle Bu Medical Group, Ltd.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X /s/ Jonathan P. Friedland Signature of Attorney for Debtor(s) **Jonathan P. Friedland** Printed Name of Attorney for Debtor(s) **Levenfeld Pearlstein, LLC** Firm Name **2 N. LaSalle** Address **Suite 1300, Chicago, IL 60602** **(312) 346-3830** Telephone Number **09/30/2008** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ John Awah Signature of Authorized Individual **John Awah** Printed Name of Authorized Individual _____ Title of Authorized Individual **09/30/2008** Date | |

Form B2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the owner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    September 30, 2008

Signature    _/s/ illegible_

John A. Awah, Owner
(Print Name and Title)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re Korle Bu Medical Group, Ltd.

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| (1) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF HOLDER | (2) SECURITY CLASS | (3) NUMBER OF SECURITIES | (4) KIND OF INTEREST |
|---|---|---|---|
| John A. Awah | | | 100% |

## RESOLUTION OF THE BOARD OF DIRECTORS OF KORLE BU MEDICAL GROUP, LTD.

As of this 30th day of September, 2008, the undersigned, constituting all of the members of the Board of Directors (the "*Board*") of Korle Bu Medical Group, Ltd., an Illinois corporation (the "*Corporation*") hereby adopt, by this unanimous written consent, the following resolutions with the same force and effect as if they had been unanimously adopted at a duly convened meeting of the Board of the Corporation:

WHEREAS, the Board has reviewed the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's businesses and members; and

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

NOW, THEREFORE, BE IT RESOLVED THAT: in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a voluntary petition (the "*Voluntary Petition*") be filed by the Corporation under the provisions of chapter 11, title 11 of the United States Code (the "*Bankruptcy Code*");

BE IT FURTHER RESOLVED THAT: The officers of the Board, on behalf of the Corporation, be, and hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists and other papers or documents and to take any and all action which they deem necessary or proper to obtain such relief;

BE IT FURTHER RESOLVED THAT: The officers of the Board, on behalf of the Corporation, be, and they hereby are, authorized and directed to employ the law firm of Levenfeld Pearlstein, LLC as general bankruptcy counsel under section 327(a) of the Bankruptcy Code to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights, including filing any pleadings; and in connection therewith, the officers of the Board, on behalf of the Corporation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

LP 1779036.1 \ 37108-76986

immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Levenfeld Pearlstein, LLC;

BE IT FURTHER RESOLVED THAT: The officers of the Board, on behalf of the Corporation, be, and they hereby are, authorized and directed to employ any other court-approved professional to assist the Corporation in carrying out its duties under title 11 of the United States Code; and in connection therewith, the officers of the Board, on behalf of the Corporation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

BE IT FURTHER RESOLVED THAT: The officers of the Board, on behalf of the Corporation, be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing; and

BE IT FURTHER RESOLVED THAT: All of the acts and transactions relating to matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before this resolution was certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the undersigned have executed this Board Resolution on September 30, 2008

_____
John Awah

LP 1779036.1 \ 37108-76986

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re Korle Bu Medical Group, Ltd.

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of the above-captioned debtor's creditors holding the 20 largest unsecured claims (the "Consolidated List"). The Consolidated List is prepared in accordance with FED.R.BANKR. P. 1007(d) for filing in this chapter 11 case. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims as of September 30, 2008, unless otherwise indicated below.

| (1) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF CREDITOR | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contracts, etc) | (4) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|
| Standard Bank and Trust 7800 W 95th Street Hickory Hills, IL 60457 | James B. Carroll 7800 W 95th Street Hickory Hills, IL 60457 | Bank loan | $2,730,000.00 (Value of security being determined) |
| Susquehanna Commercial Finance 1566 Medical Drive Suite 201 P.O. Box 274 Pottstown, PA 19464-0274 | Attn: Robert R. Watson Flamm Boroff & Bacine 794 Penllyn Pike Blue Bell, PA 19422-1669 (267) 419-1500 | Equipment lease | $142,129.68 |
| ChoiceHealth Leasing P.O. Box 7247-0371 Philadelphia, PA 19170-0371 | Jim Noonan Noonan & Lieberman 105 W. Adams Suite 3000 Chicago, IL 60603 (312) 431-1455 | Equipment lease | $114,000.00 |
| Internal Revenue Service 230 S. Dearborn Chicago, IL 60604 | Internal Revenue Service 230 S. Dearborn Chicago, IL 60604 | Taxes | $85,825.03 |

LP 1779375.3 \ 37108-76986

| (1)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF CREDITOR | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contracts, etc) | (4)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|
| National City Commerce Capital Company<br>995 Dalton Avenue<br>Suite 400<br>Cincinnati, OH<br>45203 | Attn: Jennifer Gaylord<br>Borst & Collins, LLC<br>Two Prudential Plaza<br>180 North Stetson Street<br>Suite 3050<br>Chicago, IL<br>60601 | Equipment lease | $82,000.00 |
| VGM Financial Services<br>1111 W. Marnan Dr.<br>Waterloo, IA<br>50701 | Shaw Gussis Fishman Glantz<br>321 North Clark Street<br>Suite 800<br>Chicago, IL<br>60610 | Equipment lease | $38,525.00 |
| Mercedes-Benz Leasing | Blatt, Hasenmiller, Leibsker & Moore, LLC<br>124 South Wacker Drive<br>Suite 400<br>Chicago, IL<br>60606<br>(312) 704-9440 | Trade debt | $36,000.00 |
| Idilus, LLC<br>2100 Manchester Road<br>Suite 615<br>Wheaton, IL<br>60187 | Michael Colucci<br>2100 Manchester Road<br>Suite 615<br>Wheaton, IL<br>60187<br>(630) 614-7310 | Trade debt | $34,300.00 |
| McKesson Medical<br>One Post Street<br>San Francisco, CA<br>94104 | Stein & Rotman<br>105 West Madison #605<br>Chicago, IL<br>60202<br>(312) 236-5376 | Trade debt | $29,146.26 |
| MidWest Imaging Consultants, Inc.<br>P.O. Box 843<br>DeKalb, IL 60115 | Kris Schlechter<br>P.O. Box 843<br>DeKalb, IL 60115 | Trade debt | $28,000.00 |
| Patterson Dental<br>1031 Mendota Heights Rd.<br>St. Paul, MN<br>55120 | Stein & Rotman<br>105 West Madison #605<br>Chicago, IL<br>60202<br>(312) 236-5376 | Trade debt | $25,000.00 |
| De Lage Landen<br>8001 Birchwood Court<br>Johnston, IA<br>50131 | c/o Askounis & Darcy PC<br>333 North Michigan Ave<br>Suite 510<br>Chicago, IL<br>60601<br>(312) 784-2400 | Trade debt | $23,000.00 |

LP 1779375.3 \ 37108-76986

| (1)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF CREDITOR | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contracts, etc) | (4)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|
| Laj Madan | Attn: Amin Jayal, Esq.<br>6677 North Lincoln Hwy. #4<br>Lincolnwood, IL 60712<br>(847) 361-7684 | Trade debt | $20,000.00 |
| AT&T Global Business<br>225 West Randolph<br>Floor 27A<br>Chicago, IL<br>60606 | AT&T Global Business<br>225 West Randolph<br>Floor 27A<br>Chicago, IL<br>60606 | Trade debt | $12,000.00 |
| RH Donnelly/DEX<br>200 E. Randolph<br>70th Floor<br>Chicago, IL<br>60601 | c/o James, Stevens & Daniels<br>1218 College Park Drive<br>Dover, DE<br>19904-8713 | Trade debt | $12,000.00 |
| Chase Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE<br>19850-5298 | Chase Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE<br>19850-5298 | Trade debt | $11,700.00 |
| Illinois Department of Labor<br>160 N. LaSalle<br>Suite C-1300<br>Chicago, IL 60601 | Office of Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br>(312) 814-4416 | Trade debt | $10,000.00 |
| Bank of America<br>P.O. Box 17309<br>Baltimore, MD<br>21297-1309 | Bank of America<br>P.O. Box 17309<br>Baltimore, MD<br>21297-1309 | Trade debt | $9,500.00 |
| American Express<br>P.O. Box 981540<br>El Paso, TX<br>79998-1540 | American Express<br>P.O. Box 981540<br>El Paso, TX<br>79998-1540 | Trade debt | $9,200.00 |
| Affiliated Realty and Management Company<br>1720 W. Algonquin Road<br>Suite 200<br>Mt. Prospect, IL<br>60056<br>(847) 439-0400 | Attn: Brian M. Dougherty<br>Goldstine, Skrodzki, Russian, Nemec and Hoff<br>835 McClintock Drive<br>Burr Ridge, IL<br>60521<br>(630) 655-6000 | Property lease | $8,759.00 |

LP 1780807.1 \ 37108-76986