IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KORLE BU MEDICAL GROUP, LTD. | ) | Case No. 08-26276 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FINAL ORDER: (1) AUTHORIZING PAYMENT OF CERTAIN PREPETITION WAGES, SALARIES, AND OTHER COMPENSATION, (2) AUTHORIZING AND DIRECTING APPLICABLE BANKS AND OTHER FINANCIAL INSTITUTIONS TO RECEIVE, PROCESS, HONOR AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND TO HONOR ALL ELECTRONIC PAYMENT REQUESTS MADE BY THE DEBTOR RELATING TO THE FOREGOING**

Upon the Motion of the Debtor, seeking entry of an order (a) authorizing the Debtor to pay certain prepetition wages, salaries, and other compensation including payroll taxes; and (b) authorizing and directing applicable banks and other financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by the Debtor relating to the foregoing; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(M); under the authority granted by 11 U.S.C. §363; due and proper notice having been given; after due deliberation and cause appearing therefore; and the Motion having previously been granted in part, it is hereby

ORDERED that the remainder of the Motion is granted in part and denied in part as further delineated below; and it is further

1

ORDERED that the Debtor is authorized to pay prepetition wages, salaries, and other compensation for the pay period ending September 30, to Dr. John Awah in the amount of $5,000.00 and to Linda Awah in the amount of $1,000; plus any applicable payroll taxes.

Dated: October 22, 2008

_____
United States Bankruptcy Judge